**Post History**

xxxxxx6384

Case#: 15-12073 / PA / E

Last Date Satisfied  7/1/2020
Post Suspense   $0.00

Total PRE Received   $244.61
Total POST Received  $114,284.36

| Transaction Date | PRE Funds Received | POST Funds Received | Post Payment Installment Date | Payment Amt Due | Principal Applied | Interest Applied | POST Partial Amount | POST Suspense Balance | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 3/31/2015 | | $ 1,760.78 | 4/1/2015 | $ 1,750.74 | | | $10.04 | $10.04 | |
| 5/1/2015 | | $ 1,750.74 | 5/1/2015 | $ 1,750.74 | | | $0.00 | $10.04 | |
| 6/4/2015 | | $ 1,750.74 | 6/1/2015 | $ 1,750.74 | | | $0.00 | $10.04 | |
| 7/1/2015 | | $ 1,750.74 | 7/1/2015 | $ 1,750.74 | | | $0.00 | $10.04 | |
| 8/4/2015 | | $ 1,750.74 | 8/1/2015 | $ 1,750.74 | | | $0.00 | $10.04 | |
| 9/4/2015 | | $ 1,750.74 | 9/1/2015 | $ 1,750.74 | | | $0.00 | $10.04 | |
| 10/5/2015 | | $ 1,750.74 | 10/1/2015 | $ 1,750.74 | | | $0.00 | $10.04 | |
| 11/5/2015 | | $ 1,750.74 | 11/1/2015 | $ 1,750.74 | | | $0.00 | $10.04 | |
| 12/3/2015 | | $ 1,750.74 | 12/1/2015 | $ 1,750.74 | | | $0.00 | $10.04 | |
| 1/8/2016 | | $ 1,750.74 | 1/1/2016 | $ 1,750.74 | | | $0.00 | $10.04 | |
| 1/29/2016 | | $ 1,750.74 | 2/1/2016 | $ 1,750.74 | | | $0.00 | $10.04 | |
| 3/18/2016 | | $ 1,740.70 | 3/1/2016 | $ 1,750.74 | | | -$10.04 | $0.00 | |
| 4/5/2016 | | $ 1,723.16 | 4/1/2016 | $ 1,723.16 | | | $0.00 | $0.00 | |
| 5/3/2016 | | $ 1,723.16 | 5/1/2016 | $ 1,723.16 | | | $0.00 | $0.00 | |
| 5/31/2016 | | $ 1,723.16 | 6/1/2016 | $ 1,723.16 | | | $0.00 | $0.00 | |
| 6/30/2016 | | $ 1,723.16 | 7/1/2016 | $ 1,723.16 | | | $0.00 | $0.00 | |
| 8/17/2016 | | $ 1,723.16 | 8/1/2016 | $ 1,723.16 | | | $0.00 | $0.00 | |
| 9/9/2016 | | $ 1,723.16 | 9/1/2016 | $ 1,723.16 | | | $0.00 | $0.00 | |
| 10/4/2016 | | $ 1,723.16 | 10/1/2016 | $ 1,723.16 | | | $0.00 | $0.00 | |
| 11/9/2016 | | $ 1,723.16 | 11/1/2016 | $ 1,723.16 | | | $0.00 | $0.00 | |
| 12/8/2016 | | $ 1,723.16 | 12/1/2016 | $ 1,723.16 | | | $0.00 | $0.00 | |
| 12/29/2016 | | $ 1,723.16 | 1/1/2017 | $ 1,723.16 | | | $0.00 | $0.00 | |
| 1/30/2017 | | $ 1,723.16 | 2/1/2017 | $ 1,723.16 | | | $0.00 | $0.00 | |
| 3/1/2017 | | $ 1,723.16 | 3/1/2017 | $ 1,723.16 | | | $0.00 | $0.00 | |
| 4/4/2017 | | $ 1,776.77 | 4/1/2017 | $ 1,776.77 | | | $0.00 | $0.00 | |
| 5/2/2017 | | $ 1,776.77 | 5/1/2017 | $ 1,776.77 | | | $0.00 | $0.00 | |
| 6/29/2017 | | $ 1,776.77 | 6/1/2017 | $ 1,776.77 | | | $0.00 | $0.00 | |
| 6/29/2017 | | $ 1,776.77 | 7/1/2017 | $ 1,776.77 | | | $0.00 | $0.00 | |
| 7/31/2017 | | $ 1,776.77 | 8/1/2017 | $ 1,776.77 | | | $0.00 | $0.00 | |
| 8/29/2017 | | $ 1,776.77 | 9/1/2017 | $ 1,776.77 | | | $0.00 | $0.00 | |
| 9/27/2017 | | $ 1,776.77 | 10/1/2017 | $ 1,776.77 | | | $0.00 | $0.00 | |
| 10/26/2017 | | $ 1,776.77 | 11/1/2017 | $ 1,776.77 | | | $0.00 | $0.00 | |
| 11/30/2017 | | $ 1,776.77 | 12/1/2017 | $ 1,776.77 | | | $0.00 | $0.00 | |
| 1/18/2018 | | $ 1,776.77 | 1/1/2018 | $ 1,776.77 | | | $0.00 | $0.00 | |
| 2/6/2018 | | $ 1,776.77 | 2/1/2018 | $ 1,776.77 | | | $0.00 | $0.00 | |
| 3/5/2018 | | $ 1,776.77 | 3/1/2018 | $ 1,776.77 | | | $0.00 | $0.00 | |
| 4/3/2018 | | $ 1,817.35 | 4/1/2018 | $ 1,817.35 | | | $0.00 | $0.00 | |
| 5/1/2018 | | $ 1,817.35 | 5/1/2018 | $ 1,817.35 | | | $0.00 | $0.00 | |
| 6/1/2018 | | $ 1,817.35 | 6/1/2018 | $ 1,817.35 | | | $0.00 | $0.00 | |
| 6/25/2018 | | $ 1,817.35 | 7/1/2018 | $ 1,817.35 | | | $0.00 | $0.00 | |
| 8/3/2018 | | $ 1,817.35 | 8/1/2018 | $ 1,817.35 | | | $0.00 | $0.00 | |
| 9/5/2018 | | $ 1,817.35 | 9/1/2018 | $ 1,817.35 | | | $0.00 | $0.00 | |
| 10/15/2018 | | $ 1,817.35 | 10/1/2018 | $ 1,817.35 | | | $0.00 | $0.00 | |
| 11/2/2018 | | $ 1,817.35 | 11/1/2018 | $ 1,817.35 | | | $0.00 | $0.00 | |
| 12/7/2018 | | $ 1,817.35 | 12/1/2018 | $ 1,817.35 | | | $0.00 | $0.00 | |
| 1/7/2019 | $24.90 | | | | | | $0.00 | $0.00 | |
| 1/8/2019 | | $ 1,817.35 | 1/1/2019 | $ 1,817.35 | | | $0.00 | $0.00 | |
| 2/6/2019 | | $ 1,817.35 | 2/1/2019 | $ 1,817.35 | | | $0.00 | $0.00 | |
| 2/19/2019 | $29.32 | | | | | | $0.00 | $0.00 | |
| 3/6/2019 | | $ 1,817.35 | 3/1/2019 | $ 1,817.35 | | | $0.00 | $0.00 | |
| 4/5/2019 | | $ 1,839.48 | 4/1/2019 | $ 1,839.48 | | | $0.00 | $0.00 | |
| 4/18/2019 | $29.33 | | | | | | $0.00 | $0.00 | |
| 5/1/2019 | | $ 1,839.48 | 5/1/2019 | $ 1,839.48 | | | $0.00 | $0.00 | |
| 5/31/2019 | | $ 1,839.48 | 6/1/2019 | $ 1,839.48 | | | $0.00 | $0.00 | |
| 6/19/2019 | $29.31 | | | | | | $0.00 | $0.00 | |
| 7/2/2019 | | $ 1,839.48 | 7/1/2019 | $ 1,839.48 | | | $0.00 | $0.00 | |
| 8/5/2019 | | $ 1,839.48 | 8/1/2019 | $ 1,839.48 | | | $0.00 | $0.00 | |
| 8/21/2019 | $29.33 | | | | | | $0.00 | $0.00 | |
| 9/4/2019 | | $ 1,839.48 | 9/1/2019 | $ 1,839.48 | | | $0.00 | $0.00 | |
| 10/1/2019 | | $ 1,839.48 | 10/1/2019 | $ 1,839.48 | | | $0.00 | $0.00 | |
| 10/17/2019 | $29.32 | | | | | | $0.00 | $0.00 | |
| 11/4/2019 | | $ 1,839.48 | 11/1/2019 | $ 1,839.48 | | | $0.00 | $0.00 | |
| 12/3/2019 | | $ 1,839.48 | 12/1/2019 | $ 1,839.48 | | | $0.00 | $0.00 | |
| 12/18/2019 | $29.37 | | | | | | $0.00 | $0.00 | |
| 1/3/2020 | | $ 1,839.48 | 1/1/2020 | $ 1,839.48 | | | $0.00 | $0.00 | |
| 1/28/2020 | | $ 1,839.48 | 2/1/2020 | $ 1,839.48 | | | $0.00 | $0.00 | |
| 2/20/2020 | $43.73 | | | | | | $0.00 | $0.00 | |
| 3/3/2020 | | $ 1,839.48 | 3/1/2020 | $ 1,839.48 | | | $0.00 | $0.00 | |
| 4/1/2020 | | $ 1,848.59 | 4/1/2020 | $ 1,848.59 | | | $0.00 | $0.00 | |
| 6/26/2020 | | $ 1,848.59 | 5/1/2020 | $ 1,848.59 | | | $0.00 | $0.00 | |
| 7/28/2020 | | $ 1,848.59 | 6/1/2020 | $ 1,848.59 | | | $0.00 | $0.00 | |
| 8/29/2020 | | $ 1,848.59 | 7/1/2020 | $ 1,848.59 | | | $0.00 | $0.00 | |
| | | | 8/1/2020 | $ 1,848.59 | | | -$1,848.59 | -$1,848.59 | |
| | | | 9/1/2020 | $ 1,848.59 | | | -$1,848.59 | -$3,697.18 | |
| | | | | | | | $0.00 | -$3,697.18 | |
| | | | | | | | $0.00 | -$3,697.18 | |